MARY A. HALLORAN, Respondent, *v.* ISIDOR STRAUS et al., Appellants.

*Halloran* v. *Straus*, 112 App. Div. 899, affirmed.
(Argued April 9, 1907; decided April 23, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendants' negligence.

*Edmond E. Wise* for appellants.

*Albert Stickney, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.